No. 02–1137. MOORE v. HOME DEPOT, INC. C. A. 11th Cir. Certiorari denied. 

No. 02–1138. STEPHENS v. UNION CARBIDE CORP. ET AL. Ct. App. Ohio, Cuyahoga County. Certiorari denied.

No. 02–1150. MARTIN v. KEYCORP ET AL. C. A. 2d Cir. Certiorari denied. 

No. 02–1156. COLOMBO v. O'CONNELL. C. A. 2d Cir. Certiorari denied. 

No. 02–1157. ENRIGHT v. SOLAR TURBINES, INC. C. A. 9th Cir. Certiorari denied. 

No. 02–1168. AMERICAN GENERAL LIFE INSURANCE CO. v. SPHERE DRAKE INSURANCE LTD. C. A. 7th Cir. Certiorari denied. 

No. 02–1169. CITY OF LODI, CALIFORNIA v. FIREMAN'S FUND INSURANCE CO. ET AL. C. A. 9th Cir. Certiorari denied. 

No. 02–1170. TEST ET AL. v. COMMISSIONER OF INTERNAL REVENUE. C. A. 9th Cir. Certiorari denied. 

No. 02–1202. eWEALTH USA, INC., ET AL. v. LINCOLN BENEFIT LIFE CO., INC. C. A. 8th Cir. Certiorari denied. 

No. 02–1216. PUTNAM v. HARLANDALE INDEPENDENT SCHOOL DISTRICT. C. A. 5th Cir. Certiorari denied. 

No. 02–1224. ESTATE OF WOSKOB v. WOSKOB. C. A. 3d Cir. Certiorari denied. 

No. 02–1240. SANDERS v. UNITED STATES ET AL. C. A. 6th Cir. Certiorari denied. 

No. 02–1242. ARROYO v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied. 

No. 02–1256. JONES ET AL. v. KENTUCKY DEPARTMENT OF MILITARY AFFAIRS ET AL. Sup. Ct. Ky. Certiorari denied.